640 A.2d 846

IN THE MATTER OF SANTO J. BONANNO,
AN ATTORNEY AT LAW.

May 13, 1994.

## ORDER

The Disciplinary Review Board having filed a report with the Supreme Court recommending that **SANTO J. BONANNO** of **OAKLAND,** who was admitted to the bar of this State in 1981, be publicly reprimanded for his conduct in the supervision of a non-attorney employee and in the management of his law practice by violating *RPC* 1.1(a) (gross neglect), *RPC* 5.5(b) (aiding the unauthorized practice of law), *RPC* 5.3(b) (failure to supervise adequately a non-attorney employee) and *RPC* 7.1(a)(1) and 7.5(e) (use of an improper letterhead), and good cause appearing;

It is ORDERED that the report and recommendation of the Disciplinary Review Board are adopted and **SANTO J. BONANNO** of **OAKLAND** is hereby publicly reprimanded, and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Ethics Financial Committee for appropriate administrative costs incurred in the prosecution of this matter.